**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00701-CV

---

**THOMAS G. ANDRUS, WHITE MARTIN ENERGY SERVICES, INC., GUY E. MATTHEWS, AND BLACK ELK ENERGY, INC., Appellants**

**V.**

**BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C., BLACK ELK ENERGY, L.L.C., JOHN G. HOFFMAN, JAMES HAGEMEIER, PPVA BLACK ELK (EQUITY) L.L.C., PPVA BLACK ELK (INVESTOR) L.L.C., BLACK ELK MANAGEMENT, L.L.C., BLACK ELK EMPLOYEE INCENTIVE, L.L.C., ET AL, Appellees**

---

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2011-53942**

---

**M E M O R A N D U M   O P I N I O N**

This is an appeal from a judgment signed June 29, 2012. On December 14, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Boyce, and McCally